UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL G. MILLER                      CIVIL ACTION NO. 18-13561

VERSUS                                        NO. 18-10028

RELIANCE STANDARD LIFE INSURANCE     SECTION: T(4)
COMPANY

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, Michael Miller, moves for summary judgment requesting the Court to find that Defendant Reliance Standard Life Insurance Company ("Reliance Standard" or "Reliance") has wrongfully denied his claim for long term disability benefits.  As explained in detail in Plaintiff's supporting memorandum, Plaintiff is entitled to benefits under policy terms.  Submitted with this motion is a memorandum in support, a statement of uncontested material facts, relevant exhibits, and a notice of submission.  As explained in detail in the accompanying memorandum, Plaintiff requests the Court to rule that Plaintiff is entitled to benefits under policy terms through the date of judgment.

                                                              Respectfully submitted,

                                                              /s/ *Reagan Toledano* _____
                                                              Reagan L. Toledano (La. 29687)
                                                              James F. Willeford (La. 13485)
                                                              Willeford & Toledano
                                                              201 St. Charles Avenue, Suite 4208
                                                              New Orleans, Louisiana 70170
                                                              Phone: (504) 582-1286; Fax: (313)692-5927
                                                              rtoledano@willefordlaw.com
                                                              *Attorneys for Plaintiff*