IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL G. MILLER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:18-CV-10028-GGG-KWR |
| | : | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : | SECTION "T"(4) |
| | : | |
| Defendant. | : | |

**CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, Reliance Standard Life Insurance Company, now moves for summary judgment. In support, Defendant relies on the combined memorandum of law in opposition to Plaintiff's Motion for Summary Judgment and in support of this cross-motion.

Respectfully submitted,

TAYLOR WELLONS POLITZ & DUHE, APLC

BY:   /s/ Stephen T. Perkins
    Paul J. Politz, Esquire
    Stephen T. Perkins, Esquire
    1515 Poydras St.
    Suite 1900
    New Orleans, LA 70112
    504-525-9888
    ppolitz@twpdlaw.com
    sperkins@twpdlaw.com

    Attorneys for Defendant, Reliance
    Standard Life Insurance Company

Date: December 3, 2019

## CERTIFICATE OF SERVICE

The undersigned counsel for Reliance Standard Life Insurance Company hereby certifies that a true and correct copy of the foregoing cross-motion was served on all counsel of record *via* the Court's ECF system when uploaded for filing

                                                      BY:    */s/ Stephen T. Perkins*
                                                                          Paul J. Politz, Esquire
                                                                          Stephen T. Perkins, Esquire

Date:  December 3, 2019