UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL G. MILLER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-10028** |
| **RELIANCE STANDARD INSURANCE COMPANY** | **SECTION: T** |

## JUDGMENT

On this date, the Court issued an order granting a motion for summary judgment filed by defendant Reliance Standard Insurance Company and dismissing the claims of Michael G. Miller.

Accordingly,

**IT IS ORDERED, ADJUDICATED, AND DECREED** that judgment shall be entered in favor of Reliance Standard Insurance Company and against Michael G. Miller and all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

**New Orleans, Louisiana**, on this 11th day of March, 2020.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**